₱AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**WESTERN** District of **MASSACHUSETTS**

**THOMAS P. BUDNICK**

Plaintiff

V.

**TONY BLAIR ET ALS,
BRITISH GOVERNMENT**

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-30058-MAP

I, **THOMAS P. BUDNICK** declare that I am the (check appropriate box)

☒ petitioner/plaintiff/~~movant~~     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **HAMPDEN COUNTY JAIL**
   **SINCE AUGUST 2, 2001.**
   Are you employed at the institution? **YES**  Do you receive any payment from the institution? **NO**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☒ Yes   ☐ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

```
HAMPDEN COUNTY JAIL                    INQUIRY                              Inquiry
Name: BUDNICK THOMAS                   Cell: B4-034       Alert: Q5
BOOKIN #: 000062067   PERSON #: 000123286   Class: HOC-M-MED   Priv:
Race: W   Sex: M   DOB: 02161947   Ht: 511   Wt: 210   Bld: MED   Hair: GRY   Eyes: BRO
     CASH TRANSACTIONS          Transaction Type: ____   Current Bal:     397.67
Donor/Receiver Name:                                     Amount:
     Sales Tax Amount: _____.__                          New Balance:  _____.__
Comments:
   Officer: 002101 CAROL GARDNER                         Date: 021005     Time: 1425
      Posted       Type      Amount        Balance   Vfy  Donor/Receiver Name
   02/04/05 09:12  COMM       16.83-        397.67
      Comment: ORDER ID 54824                              Current Balance
   01/28/05 09:07  COMM       26.34-        414.50
      Comment: ORDER ID 53869
   01/27/05 10:15  POST         .83-        440.84
      Comment:
   01/14/05 10:53  COMM       36.48-        441.67
      Comment: ORDER ID 51735
   01/07/05 08:40  COMM       39.95-        478.15
      Comment: ORDER ID 50463

A
1st Page   Next Page                      Continue
```

```
Info - Page sent to your local printer
HAMPDEN COUNTY JAIL                    INQUIRY                              Inquiry
Name: BUDNICK THOMAS                Cell: B4-034      Alert: Q5
BOOKIN #: 000062067   PERSON #: 000123286   Class: HOC-M-MED   Priv:
Race: W  Sex: M  DOB: 02161947  Ht: 511  Wt: 210  Bld: MED  Hair: GRY  Eyes: BRO
     CASH TRANSACTIONS          Transaction Type: ____  Current Bal:    397.67
Donor/Receiver Name:                                        Amount:  _____.__
     Sales Tax Amount: _____.__                       New Balance:  _____.__
Comments: _____
     Officer: 002101 CAROL GARDNER                  Date: 021005   Time: 1425
     Posted       Type     Amount       Balance   Vfy   Donor/Receiver Name
  12/29/04 08:40  COMM       20.06-     518.10
     Comment: ORDER ID 49432
  12/22/04 08:53  COMM       32.14-     538.16
     Comment: ORDER ID 48561
  12/15/04 11:17  COMM       18.99-     570.30
     Comment: ORDER ID 47469
  12/10/04 10:05  COMM       32.51-     589.29
     Comment: ORDER ID 46396
  12/03/04 08:32  COMM       46.61-     621.80
     Comment: ORDER ID 45350

A
1st Page  Next Page                        Continue
```

```
Info - Page sent to your local printer
  HAMPDEN COUNTY JAIL              INQUIRY                                    Inquiry
Name: BUDNICK THOMAS              Cell: B4-034      Alert: Q5
BOOKIN #: 000062067   PERSON #: 000123286   Class: HOC-M-MED   Priv:
Race: W  Sex: M  DOB: 02161947  Ht: 511  Wt: 210  Bld: MED  Hair: GRY  Eyes: BRO
   CASH TRANSACTIONS          Transaction Type: ____   Current Bal:   397.67
Donor/Receiver Name:                                        Amount:   ____.__
   Sales Tax Amount:  ____.__                          New Balance:   ____.__
Comments: _____
   Officer: 002101 CAROL GARDNER              Date: 021005      Time: 1425
    Posted      Type     Amount       Balance    Vfy   Donor/Receiver Name
11/24/04 11:17  POST       5.16-       668.41
     Comment: 4 ENVELOPES
11/24/04 08:37  COMM      35.91-       673.57
     Comment: ORDER ID 44205
11/19/04 08:32  COMM      48.40-       709.48
     Comment: ORDER ID 43169
11/17/04 09:46  POST       1.38-       757.88
     Comment: ADDITIONAL POSTAGE TO BRITISH PRIME MINISTER TONY BLAIR
11/15/04 19:51  POST       2.90-       759.26
     Comment:


A
1st Page  Next Page                              Continue
```

```
Info - Page sent to your local printer
HAMPDEN COUNTY JAIL                    INQUIRY                              Inquiry
Name: BUDNICK THOMAS                   Cell: B4-034       Alert: Q5
BOOKIN #: 000062067   PERSON #: 000123286   Class: HOC-M-MED   Priv:
Race: W  Sex: M  DOB: 02161947  Ht: 511  Wt: 210  Bld: MED  Hair: GRY  Eyes: BRO
     CASH TRANSACTIONS         Transaction Type: ____   Current Bal:    397.6"
Donor/Receiver Name:                                    Amount:       ____.__ _
     Sales Tax Amount: ____.__ _                        New Balance:  ____.__ _
Comments: _____
     Officer: 002101 CAROL GARDNER                Date: 021005    Time: 14:5
     Posted       Type      Amount      Balance    Vfy   Donor/Receiver Name
11/15/04 19:47    POST        2.90-     762.16
     Comment:
11/15/04 19:47    POST        2.90-     765.06
     Comment:
11/15/04 19:45    POST        2.90-     767.96
     Comment:
11/15/04 13:17    POST        9.10-     770.86
     Comment: CERTIFIED MAIL BRITISH PRIME MINISTER TONY BLAIR
11/12/04 08:38    COMM       49.68-     779.96
     Comment: ORDER ID 41850

A
1st Page  Next Page                            Continue
```

```
Info - Page sent to your local printer
 HAMPDEN COUNTY JAIL              INQUIRY                              Inquiry
Name: BUDNICK THOMAS                    Cell: B4-034      Alert: Q5
BOOKIN #: 000062067    PERSON #: 000123286    Class: HOC-M-MED    Priv:
Race: W   Sex: M   DOB: 02161947   Ht: 511   Wt: 210   Bld: MED   Hair: GRY   Eyes: BRO
     CASH TRANSACTIONS         Transaction Type: ____    Current Bal:      397.67
Donor/Receiver Name:                                        Amount:
    Sales Tax Amount:     ____.__ _                     New Balance:    ____.__ _
Comments: _____
    Officer: 002101 CAROL GARDNER                     Date: 021005    Time: 1425
      Posted       Type     Amount       Balance    Vfy   Donor/Receiver Name
11/08/04 17:38    CKIN       400.00+      829.64
      Comment: FLEET WD
11/05/04 08:38    COMM        49.85-      429.64
      Comment: ORDER ID 40849
10/29/04 08:48    COMM         8.01-      479.49
      Comment: ORDER ID 39852
10/22/04 08:48    COMM        24.15-      487.50
      Comment: ORDER ID 38641
10/20/04 19:14    POST         2.44-      511.65
      Comment:

A
1st Page   Next Page                        Continue
```

```
Info - Page sent to your local printer
  HAMPDEN COUNTY JAIL                    INQUIRY                              Inquiry
Name: BUDNICK THOMAS                       Cell: B4-034        Alert: Q5
BOOKIN #: 000062067   PERSON #: 000123286  Class: HOC-M-MED    Priv:
Race: W  Sex: M  DOB: 02161947  Ht: 511  Wt: 210  Bld: MED  Hair: GRY  Eyes: BRO
   CASH TRANSACTIONS          Transaction Type: ____    Current Bal:     397.67
Donor/Receiver Name:                                        Amount:
   Sales Tax Amount:      ____.__ _                     New Balance:    ____.__ _
Comments: _____
   Officer: 002101 CAROL GARDNER                        Date: 021005    Time: 1425
     Posted      Type    Amount       Balance   Vfy   Donor/Receiver Name
10/15/04 08:33   COMM        8.42-    514.09
     Comment: ORDER ID 37444
10/13/04 09:37   CMCR        1.10+    522.51
     Comment: COMM CREDIT
10/12/04 16:59   CKIN      500.00+    521.41
     Comment: FLEET WD
10/08/04 09:10   COMM       11.56-     21.41
     Comment: ORDER ID 36283
10/01/04 09:15   COMM       13.09-     32.97
     Comment: ORDER ID 35197

A
1st Page   Next Page                     Continue
```

```
Info - Page sent to your local printer
 HAMPDEN COUNTY JAIL              INQUIRY                                 Inquiry
Name: BUDNICK THOMAS                   Cell: B4-034       Alert: Q5
BOOKIN #: 000062067   PERSON #: 000123286  Class: HOC-M-MED   Priv:
Race: W  Sex: M  DOB: 02161947  Ht: 511  Wt: 210  Bld: MED  Hair: GRY  Eyes: BRO
    CASH TRANSACTIONS         Transaction Type: ____   Current Bal:    397.67
Donor/Receiver Name:                                        Amount:  ____.__
    Sales Tax Amount: ____.__                           New Balance:  ____.__
Comments: _____
    Officer: 002101 CAROL GARDNER                      Date: 021005   Time: 1425
      Posted      Type    Amount       Balance    Vfy   Donor/Receiver Name
09/24/04 09:36    COMM       15.03-      46.06
    Comment: ORDER ID 34160
09/24/04 07:59    CMCR        1.45+      61.09
    Comment: COMM CREDIT
09/23/04 19:13    POST        1.29-      59.64
    Comment:
09/23/04 19:13    POST        1.29-      60.93
    Comment:
09/23/04 19:13    POST        1.06-      62.22
    Comment:

A
1st Page   Next Page                         Continue
```

```
Info - Page sent to your local printer
HAMPDEN COUNTY JAIL                  INQUIRY                              Inquiry
Name: BUDNICK THOMAS                    Cell: B4-034       Alert: Q5
BOOKIN #: 000062067   PERSON #: 000123286   Class: HOC-M-MED   Priv:
Race: W  Sex: M  DOB: 02161947  Ht: 511  Wt: 210  Bld: MED  Hair: GRY  Eyes: BRO
     CASH TRANSACTIONS          Transaction Type: ____   Current Bal:    397.67
Donor/Receiver Name:                                        Amount:   _____.__
     Sales Tax Amount:  _____.__                         New Balance:  _____.__
Comments: _____
     Officer: 002101 CAROL GARDNER              Date: 021005    Time: 1425
     Posted      Type     Amount      Balance    Vfy   Donor/Receiver Name
 09/23/04 15:42  POST       1.29-       63.28
     Comment:
 09/17/04 10:44  COMM      19.56-       64.57
     Comment: ORDER ID 32981
 09/15/04 09:32  CMCR       1.45+       84.13
     Comment: COMM CREDIT
 09/10/04 08:42  COMM      43.08-       82.68
     Comment: ORDER ID 31957
 09/03/04 08:22  COMM      49.50-      125.76
     Comment: ORDER ID 30850

A
1st Page   Next Page                    Continue
```

```
Info -- Page sent to your local printer
  HAMPDEN COUNTY JAIL                 INQUIRY                              Inquiry
Name: BUDNICK THOMAS                  Cell: B4-034       Alert: Q5
BOOKIN #: 000062067   PERSON #: 000123286   Class: HOC-M-MED    Priv:
Race: W  Sex: M  DOB: 02161947  Ht: 511  Wt: 210  Bld: MED  Hair: GRY  Eyes: BRO
    CASH TRANSACTIONS        Transaction Type: ____     Current Bal:     397.67
Donor/Receiver Name:                                    Amount:        ____.__
    Sales Tax Amount:       ____.__                     New Balance:   ____.__
Comments:      _____
    Officer: 002101 CAROL GARDNER                Date: 021005     Time: 1425
     Posted      Type      Amount       Balance    Vfy   Donor/Receiver Name
  08/27/04 10:16  COMM       49.25-      175.26
       Comment: ORDER ID 29781
  08/25/04 14:08  CANO      100.00+      224.51          BUDNICK MILDRED
       Comment:
  08/20/04 08:11  COMM       47.42-      124.51
       Comment: ORDER ID 28639
  08/13/04 08:20  COMM       31.80-      171.93
       Comment: ORDER ID 27703
  08/06/04 08:30  COMM       48.50-      203.73
       Comment: ORDER ID 26517

A
1st Page   Next Page                            Continue
```

```
Info - Page sent to your local printer
  HAMPDEN COUNTY JAIL                  INQUIRY                              Inquiry
Name: BUDNICK THOMAS                Cell: B4-034       Alert: Q5
BOOKIN #: 000062067   PERSON #: 000123286   Class: HOC-M-MED   Priv:
Race: W  Sex: M  DOB: 02161947  Ht: 511  Wt: 210  Bld: MED  Hair: GRY  Eyes: BRO
     CASH TRANSACTIONS            Transaction Type: ____   Current Bal:     397.67
Donor/Receiver Name:                                          Amount:  _____.__ _
   Sales Tax Amount: _____.__ _                         New Balance:  _____.__ _
Comments: _____
     Officer: 002101 CAROL GARDNER              Date: 021005      Time: 1425
     Posted       Type     Amount       Balance     Vfy   Donor/Receiver Name
  08/04/04 14:14  CANO     100.00+      252.23           BUDNICK MILDRED
       Comment:
  07/30/04 10:15  POST       1.98-      152.23
       Comment:
  07/30/04 10:14  POST       1.98-      154.21
       Comment:
  07/30/04 10:13  POST       1.98-      156.19
       Comment:
  07/30/04 08:31  COMM      49.46-      158.17
       Comment: ORDER ID 25492

A
1st Page   Next Page                        Continue
```