UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK } 05-3058-MAT
PLAINTIFF }
}
}
VS. } COMPLAINT
}
}
TONY BLAIR, BRITISH }
PRIME MINISTER, }
INDIVIDUALLY AND IN }
THE SCOPE OF HIS }
EMPLOYMENT, }
FRENCH GOVERNMENT, }
EUROPEAN SPACE AGENCY, }
ROYAL NETHERLANDS }
GOVERNMENT, }
UNITED KINGDOM OF }
GREAT BRITAIN AND }
NORTHERN IRELAND }
DEFENDANTS }

## PARTIES

① THE PLAINTIFF, THOMAS P.
BUDNICK HAS BEEN
IMPRISONED AT THE
HAMPDEN COUNTY HOUSE



OF CORRECTION, 629 RANDAL ROAD, LUDLOW, MA. U.S.A. 01056-1085 SINCE AUGUST 2, 2001.

(2) THE DEFENDANT, TONY BLAIR, IS BRITISH PRIME MINISTER. WHO'S ADDRESS IS 10 DOWNING STREET, LONDON SW1A 2AA ENGLAND, UNITED KINGDOM.

(3) THE DEFENDANT, FRENCH GOVERNMENT IS LOCATED AT 4101 RESERVOIR ROAD NW, WASHINGTON, D.C. 20007.

(4) THE DEFENDANT, EUROPEAN SPACE AGENCY 8-10 RUE MARIO NIKIS 75738 PARIS, CEDEX 15 FRANCE.

(5) THE DEFENDANT ROYAL NETHERLANDS GOVERNMENT IS LOCATED AT 4200 LINNEAN AVENUE, N.W., WASHINGTON, D.C. 20008.

(6) THE DEFENDANT, THE UNITED KINGDOM OF GREAT BRITAIN AND



NORTHERN IRELAND IS LOCATED AT 3100 MASSACHUSETTS AVENUE, N.W., WASHINGTON, D.C. 20008.

## JURISDICTION

⑦ AS THE PRO-SE PLAIN-TIFF STATED HE IS INCARCERATED AT THE HAMPDEN COUNTY HOUSE OF CORRECTION AND THE LAW LIBRARY IS HORRIBLE/ATROCIOUS. HE ALSO APOLOGIZES TO THIS GREAT AND HONORABLE COURT FOR HIS HAND WRITING, BUT THEY "CUT-OFF" HIS 2ND FINGER OF HIS WRITING HAND FOR BURNS RECEIVED WHEN HE WAS CUTTING/CLEANING A MARTIAN METEORITE.

⑧ HOWEVER, JURISDICTION IS BASED ON FEDERAL QUESTION 28 U.S.C. 1331, GENERAL MINING LAWS OF



1872 (FLY-OVER, EXPERIME-
NTATION) 30 USC § ET SEQ,
30 USC § 701 ET SEQ, M.G.L.
21 § 54 ET SEQ, TRESPASS
M.G.L. 266 § 10 ET ALS, 75
AM JUR 2ND ET ALS, ORAL
CONTRACT M.G.L. 93 A,
U.S.C. 42 1981, 1983, 1985,
1987, DECLARATION OF
ACTIVITIES CONCERNING
CONCRETE EXTRATERRESTIAL
CONTACT (LITTLE GREEN MEN
TREATY) 74 AM JUR 2D
1 ET SEQ, ARTICLE II OF
THE U.S. CONSTITUTION,
MAGNA CARTA, MAYFLOWER
COMPACT, 1783 TREATY OF
PEACE, LIBEL AND SLANDER-
M.G.L 231 § 91 ET SEQ, 50 AM
JUR 2D ET SEQ. 14th AMEND-
MENT TO THE FEDERAL CONST.

## FACTS OF THE CASE

(9)    PLEASE READ ATTACHED
NEWSPAPER EXHIBIT!

(10)    FOR TWENTY-FIVE (25)
YEARS THE PLAINTIFF HAS
FILED SPACE MINING
CLAIMS FOR VAST, VAST,



VAST VAST VAST ACREAGE
AT THE SABINE COUNTY
COURTHOUSE, LOCATED IN
HEMPHILL, TEXAS, U.S.A..
ABOUT TEN(10) YEARS AGO
HE FILED SPACE
MINING CLAIMS FOR
SATURN'S MOON TITAN.
SHORT AND SWEET, THE
CASSINI/HUYGENS, SPACE
CRAFT HAS LANDED,
FLEW-OVER AND IS
DOING MINERAL EXPERI-
MENTATION ON BUDNICK
'S CLAIMS.

(11)    IT SHOULD BE NOTED
HALF OF ALL MONETARY
VALUE IS RESERVED FOR
THE GOOD AND FAIR
PEOPLE OF TEXAS.

(12)    UNITED STATES SUPREME
COURT JUSTICE BREYER
HAS WRITTEN OPINIONS
GIVING BUDNICK GREAT
RESPECT FOR HIS SPACE
EXPLORATION AND
MANIFEST DESTINY
WORK.

(6)

(13) THIS IS A DESPERATE APPEAL TO YOUR AMERICAN PATRIOTISM BECAUSE THE UNIVERSITY OF WISCONSIN, SCHOOL OF NUCLEAR ENGINEERING, ISSUED A VERY DETAILED AND PERCISE REPORT ON "ASTRO" FUEL ON THE MOON. THE FIRST NATION TO CONTROL "ASTRO" FUEL ON THE MOON <u>SHALL BE</u> THE DOMINATE MILITARY SOCIAL, ECONOMIC, AND POLITICAL POWER HOUSE OF THE NEXT CENTURY, WITH HALF RESERVED FOR THE GOOD + FAIR PEOPLE OF TEXAS OWIN 6.9 BILLION ACRES ON THE MOON ALONE!

(14) THE AMOUNT IN CONTROVERSY EASILY EX-CEEDS $50,000 WITH TRILLONS AND TRILLONS OF EURO'S INVOLVED.

⑮ OF COURE THE PRO-SE PLAINTIFF FILED APPLICATIONS FOR "SHOW-CAUSE" IN THE PALMER (MA.) TRIAL COURT. THIS IS FOR; TRESPASS, FLY-OVER, MINING, ETC. ETC.) EVERYBODY KNOWS BUDNICK DOES NOT HAVE A CHANCE OF SUCCESS BECAUSE BUDNICK HAS SIX HUNDRED AND EIGHTEEN (618) PENDING IN THE PALMER TRIAL COURT FOR THE LAST TWENTY-FIVE (25) YEARS.

## DAMAGES

⑯ THE FOLLOWING PARTIES- BLAIR, FRENCH GOVERNMENT, UNITED KINGDOM, DUTCH GOVERNMENT, EUROPEAN SPACE AGENCY HAVE VIOLATED BUDNICK'S GENERAL TRESPASS RIGHTS FLY-OVER RIGHTS, EXPERIMENTAL RIGHTS, TO A TUNE OF;



CIVIL DAMAGES - 150
MILLION EURO'S -
CRIMINAL DAMAGES --
155 MILLION EURO'S -
BREACH OF CONTRACT /
ORAL CONTRACT - 10 MILLION
EURO'S,
PSYCHOLGICAL DAMAGES -
95 MILLION EURO'S.
MENTAL DAMAGES - 25
MILLION EURO'S,
TRESPASS, FLY-OVER,
DIGGING - 200 MILLION
EURO'S (75 AM JUR 2ND. ET ALS.)
MINING - 210 MILLION EUROS
DAMAGE TO AMERICA'S
MANIFEST DESTINY -
400 MILLION EURO'S, -
TITAN'S EXPERIMENTAL MINING-
10 MILLION EURO'S -
SOCIAL, POLITICAL, ECONOMIC
DAMAGE - 400 MILLION EURO'S.



# CIVIL/CRIMINAL CONSPIRACY

(17) EVERYBODY KNOWS — BLAIR, BRITISH, FRENCH, DUTCH, AND EUROPEAN SPACE AGENCY IS FREE FROM CRIMINAL PROSECUTION IN THE PALMER (MA.) TRIAL COURT.

(18) THEY THINK THEY ARE FREE AND <u>ABOVE</u> THE LAW!

CIVIL DAMAGES — 75 MILLION EURO'S

CRIMINAL DAMAGES — 75 MILLION EURO'S

CRIMINAL CONSPIRACY — 8 MILLION EURO'S

EMOTIONAL DAMAGE — 15 MILLION EURO'S

MENTAL DAMAGES — 91 MILLION EURO'S

THEY "THINK" THEY ARE ABOVE THE LAW DAMAGES — 400 MILLION EURO'S

PSHCHOLOGICAL DAMAGE — 20 MILLION EURO'S



(19) DAMAGES TO PROPOSED LITTLE GREEN MEN TREATY — "THE DECLARATION OF ACTIVITIES CONCERNING CONCRETE EXTRA-TERRESTIAL CONTACT" IS BOGGED DOWN IN GOVERNMENTS FROM AFGHANISTAN TO ZAIRE. THIS INCLUDES OUR OWN AMERICAN STATE DEPARTMENT AND UNITED NATIONS SELECT REVIEW COMMITTEE'S. NOBODY BUT NOBODY HAS PASSED, LET ALONE RATIFY THIS 'PROPOSED TREATY/ DECLARATION. + MOON TREATY!

(20)     EVERYBODY KNOWS — BLAIR DUTCH, FRENCH, ENGLISH GOVIT EUROPEAN SPACE AGENCY — THEY CAN GET AWAY WITH VIOLATING PROPOSED TREATIES.

(21)    DAMAGE TO PROPOSED "E.T" CONTACT — 900 MILLION EURO'S — DAMAGE TO AMERICA'S MANIFEST DESTINY — 400 MILLION EUROS DAMAGE TO 'LITTLE GREEN MEN" CONTACT — 500 MILLION EURO'S



MAGNA CARTA, MAYFLOWER
COMPACT, 1783 TREATY OF PEACE
DAMAGE — 700 MILLION EURO'S
DAMAGE TO THE GOOD AND
FAIR PEOPLE OF TEXAS -500 MILLION
EURO'S.
DAMAGE TO SABINE COUNTY —
200 MILLION EURO'S,
ORAL CONTRACT DAMAGE
10 MILLION EURO'S. —
UNRATIFIED MOON + "E.T." DAMAGE
500 MILLION EURO'S

DATED:
NO CALENDERS
ALLOWED IN JAIL

BY THE PRO-SE
PLAINTIFF:
Thomas P. Budnick
THOMAS P. BUDNICK
B-4 #34   123286
d. of b. 02-16-47
HAMPDEN COUNTY
HOUSE OF CORRECTION,
629 RANDAL ROAD
LUDLOW, MA.
01056 - 1085. --

T.P.B. /—

EXHIBIT MARKEIS 1



HoustonChronicle.com

Section: Space Chronicle



HoustonChronicle.com's Space Forum

*Dec. 10, 1999, 5:13PM*

# This land is your land, this space is his space

### Little by little, man attempts to lay claim to parts of Mars, Jupiter and beyond

**By PATTY REINERT**
**Copyright 1999 Houston Chronicle**

HEMPHILL -- It might be unfair to pick on NASA when it's down, but here goes:

Besides last week's disappointing failure at making contact with its Mars Polar Lander, the space agency also could be trespassing.

At least that's how Thomas Budnick sees things.



AP Photo/Nancy Palmieri

The 52-year-old former social worker from Ludlow, Mass., has spent the past two decades in relative obscurity, mailing his official claims to land and mineral rights on Mars and elsewhere in outer space to the Sabine County Clerk's Office in this quiet East Texas town.

Complete with star charts and maps where X marks the spot, Budnick's filings claim specific portions, spelled out in longitude and latitude, of Mars, Jupiter and its moons, Galaxies NGC5194 and NGC5195 and the asteroid Nereus, to name some.

"I just do it to continue America's manifest destiny, which is now space exploration," said Budnick. "Other people spend their money on beer or whatever. Every time I get a little extra money, I file a claim."

Most of the claims, reserving mineral rights, "unlimited air rights to the stars" and "astrofuel," are named in honor of such Texas icons as the Alamo, the Battle of San Jacinto, even Sam Houston himself, not to mention "the good and fair people of Texas."

Several of the claims have been named for Budnick or in memory of his deceased father, who spent his career working for the telephone company. Others are dedicated to the Rev. Martin Luther King Jr., and several are meant to honor the Kennedys, especially John F. Kennedy, since the president's pledge was responsible for putting a man on the moon.

Budnick, who was given the nickname Sputnik in the sixth grade, has always been interested in space and tries to follow all missions of the National Aeronautics and Space Administration. When Mars exploration took center stage as the Sojourner robot crept across the red plains in 1997, Budnick bought a red suit for the occasion.

"NASA isn't too keen on my activities," he admitted. "They rejected my application for astronaut training. If I could, though, I'd go to Mars. I'd go to Jupiter. I'd love to explore the planets."

On Earth, or at least around the domino table under the cedar tree on the Sabine County Courthouse square, some think he's already in orbit.

"He must be nuts," said one old-timer who declined to give his name.

"Darlin,' use your head," said another. "Would you file a claim like that? Do you know anyone in their right mind who would?"

"Everybody up here thinks I'm nuts too, but I don't think I am," sighed Budnick, who said he bases his claims on mining laws dating back to 1872, which he says are still on the books. "They laughed at Christopher Columbus, too."

Budnick first tried to file his claims in his home state of Massachusetts. When clerks in land offices around the state refused to accept them, he moved down the coast, unsuccessfully attempting to file in New York and New Jersey.

"I was very disappointed that even Florida wouldn't take them when they are home to the space program," he said.

Clerks responded with ridicule, he said, and eventually his activities got him fired from his state job helping people file Medicare and Medicaid claims.

The Spokane County Auditor's Office in Washington state finally accepted his mining claims to Mars in the early 1980s, but once the attorney general's office in that state found out, Budnick was grounded.

"I've had a little local yokel publicity," he said, "and, you know, with `space claiming,' the word gets out."

Budnick has never been to Texas, but his claims have found a home here since at least 1984, making the Lone Star State his favorite in the union.

"They're the only people who will still take them," he said. "When I wasn't getting anywhere on the East Coast, just like Horace Greeley, I said, `Go west, young man, go west.' I guess Texans, with their western attitude, are a little more open-minded."

Sabine County Clerk Janice McDaniel said the claims had been accepted here long before she took office, so she allowed Budnick to continue.

"The clerk at that time said it had everything on it and it was proper and we would accept it," she said. "Really, we're just acknowledging that his signature has been notarized on the form. It's signed and the fee is enclosed and that's all we need."

Every year, Budnick sends the clerks an alien-themed Christmas card in appreciation. McDaniel keeps the cards, saying she finds Budnick harmless; he considers the clerks his friends.

But do the claims really mean anything? Could they ever hold up if humans actually walk on the Red Planet one day as planned?

Not surprisingly, NASA says no.

Acquisition in outer space is prohibited under the United Nations Treaty on Outer Space signed in 1967. It says outer space, including the moon and other celestial bodies, are free to be explored and used by all states. Planting a flag on the moon was therefore only a symbolic gesture by U.S. astronauts. It doesn't mean they claimed the moon as American territory.

McDaniel won't even speculate as to the value of Budnick's claims.

"I have no idea," she said. "I've seen *Star Wars* and I like the movie, but I don't fathom (space mining) will happen in my lifetime.

"I know one thing for sure," the clerk added. "I'm not going up there to check out the dimensions."

Budnick said that since he is already in his 50s, is single and has no heirs, his family likely will never profit from the claims, but that's not really the point.

"I hope they're valid," he said. "But just having the American flag flying up there is what's important."

Besides, he said, his claims only cost $10 or $12 apiece, he's having fun and he's not bothering anyone except his sister, who wishes he would stop.

"I'd just like to accomplish something in my life," he said. "There are all types of fantastic ideas coming for the future, so maybe I'm crazy, or maybe I'm just a little ahead of my time."

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

*THOMAS P. BUDNICK*

(b) County of Residence of First Listed Plaintiff *HAMPDEN*
(EXCEPT IN U.S. PLAINTIFF CASES)

*629 RANDAL ROAD 01056-1085*

(c) Attorney's (Firm Name, Address, and Telephone Number) *PRO-SE HAMPDEN COUNTY HOUSE OF CORRECTION, LUDLOW 01056*

## DEFENDANTS

*TONY BLAIR ET ALS*

County of Residence of First Listed Defendant *BRITISH*
(IN U.S. PLAINTIFF CASES)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. *SATURN MOON TITAN*

Attorneys (If Known) *(PENDING)*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☒ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): *GENERAL MINING LAWS OF 1872*

Brief description of cause: *"CLAIM JUMPING" ON SATURN'S MOON TITAN*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ *TRILLIONS OF EUROS*

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): *HAMPDEN COUNTY HOUSE*

JUDGE *POSNOR*

DOCKET NUMBER *"THROW OUT"*

DATE *02-06-05*

SIGNATURE OF ATTORNEY OF RECORD *Thomas P. Budnick*

## FOR OFFICE USE ONLY

RECEIPT #____ AMOUNT____ APPLYING IFP____ JUDGE____ MAG. JUDGE____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _BUDNICK V BLAIR ET ALS_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    \_\_\_     I.     160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    \_\_\_     II.     195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    **X**     III.     110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    \_\_\_     IV.     220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    \_\_\_     V.     150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐     NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

_MOODY MINING CLAIMS!_    YES ☒     NO ☐

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐     NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

_LAW LIBRARY IS HORRIBLE,_    YES ☒     NO ☐
_ATROCIOUS IN JAIL._

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☐     NO ☒

    A.     If yes, in which division do all of the non-governmental parties reside?

    Eastern Division ☐     Central Division ☐     Western Division ☐

    B.     If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

    Eastern Division ☐     Central Division ☐     Western Division ☒

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐     NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _TOM BUDNICK_
ADDRESS _C/O HAMPDEN COUNTY HOUSE OF CORRECTION_
TELEPHONE NO. _627 RANDAL RD LUDLOW, MA 01056-1085_
_NO PHONE CALLS ALLOWED._

Coversheetlocal.wpd - 10/17/02

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_WESTERN_ **District of** _MASSACHUSETTS_

_THOMAS P. BUDNICK_

Plaintiff

V.

_TONY BLAIR ET ALS,_
_BRITISH GOVERNMENT_

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _THOMAS P. BUDNICK_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/~~movant~~        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?        ☒ Yes        ☐ No        (If "No," go to Part 2)

If "Yes," state the place of your incarceration _HAMPDEN COUNTY JAIL_

_SINCE AUGUST 2, 2001._
Are you employed at the institution? _YES_ Do you receive any payment from the institution? _NO_

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.   Are you currently employed?        ☐ Yes        ☒ No

a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.   In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☒ Yes | ☐ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

BANK ACCOUNT $2,000.00
MONEY FOR FILING
MINING CLAIMS ON TITAN
ETC.

4. Do you have any cash or checking or savings accounts?    ☒Yes    ☐ No

If "Yes," state the total amount. $450.00 IN PRISON ACCOUNT!

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒Yes    ☐ No

If "Yes," describe the property and state its value.

6.9 BILLION ACRES ON EARTH'S MOON,
MARS MOON, JUPITERS MOON'S AND SATURN'S
MOON TITAN!
      88 FORD TEMPO - UNREGISTERED

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

MOTHER - MILDRED M. BUDNICK
19 HARDING AVENUE,
LUDLOW, MA 01056-2327
AGE 92    413-58 33485

I declare under penalty of perjury that the above information is true and correct.

02-06-05          Thomas P. Budnick
Date              Signature of Applicant

X ROBIN POWELL REFUSES TO
   RELEASE MY SIX MONTH

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

COMMISSARY ACCOUNT, SIGNED
UNDER THE PAINS + PENALTIES
OF PREJURY.    "2-23-05"
               Thomas P. Budnick

FEBRUARY 6, 2005

MS. FRENCH / MISS FINN
TOP FLOOR,
FEDERAL COURTHOUSE
1550 MAIN STREET,
SPRINGFIELD, MA.          05-30058-MAP
01103

DEAR MS. FRENCH / MISS FINN;

i ANTICIPATE MAJOR
PROBLEMS IN REGISTERED
/ FOREIGN MAIL SERVICE. PLEASE
FORWARD ALL APPROPRIA-
TE FORMS!
    THANK YOU FOR ALL
YOUR HELP DURING A
MOST DIFFICULT TIME — !
SHOULD BE "OUT" BY
AUGUST 8TH AND WE WILL
GO OUT AND LOOK AT
SATURN'S MOON TITAN!
              WITH BEST REGARDS
              TOM BUDNICK
              B-4 # 34-123286
              d of b 02-16-47
              HAMPDEN COUNTY
              HOUSE OF CORRECTION

69 1 RANDAL RD
LUDLOW MA.
010 56 - 2085

T.P.B./—
ENCLOSURES