UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
    PLAINTIFF
vs                                   CIVIL ACTION
                                     05-30058
TONY BLAIR                           MAP
    DEFENDANTS

## NOTICE OF APPEAL

PLEASE READ ATTACHED NEW COMPLAINT.
IT "SPEAKS" FOR ITSELF."

MARCH 8, 2005

Thomas P. Budnick
PRO-SE
HAMPDEN COUNTY
HOUSE OF CORRECTION
629 RANDAL ROAD
LUDLOW, MA
01056-1025

PLEASE NOTE: FEDERAL COURT
ENVELOPE DATE!