UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
    PLAINTIFF

VS.    CIVIL ACTION NO.
    05-30058-MAP

TONY BLAIR, ET ALS,
    DEFENDANTS

## OPPOSITION TO MAGISTRATE NEIMAN'S REPORT AND RECOMMENDATION FOR DISMISSAL

(1)  THIS IS A DESPERATE APPEAL TO YOUR SENSE OF AMERICAN PATRIOTISM.

(2)  I OWN 6.9 BILLION ACRES ON EARTH'S MOON WITH ½ RESERVED FOR THE GOOD AND FAIR PEOPLE OF TEXAS.

(3)  THE FIRST NATION TO CONTROL EARTH'S MOON SHALL BE THE DOMINATE MILITARY, SOCIAL, POLITICAL AND ECONOMIC POWER HOUSE OF THE NEXT CENTURY. THE

FUSION POTENTIAL OF "ASTRO" FUEL IS INCREDIBLE.

(4) TO PROVE MY CREDITABILITY TO THIS GREAT AND HONORABLE COURT, I FILED "DEVIL WOMAN #9" IN HULL, MA.. THIS IS FOR THE GREATEST DISCOVERY SINCE THE PILGRIMS LANDED IN 1,620. <u>GOLD IN HULL</u>.

(5) HISTORICALLY, MINING CLAIMS - UNDER THE GENERAL MINING LAWS OF 1872, ARE <u>VALID</u> UNTIL CHALLENGED IN A COURT OF LAW.

(6) FURTHERMORE, THE 5TH AMENDMENT TO THE FEDERAL CONSTITUTION ALLOWS FOR DUE PROCESS. THE 14TH AMENDMENT ALLOWS FOR EQUAL ACKCESS TO THE LAW, AND THE ELEVENTH (11th) AMENDMENT, UNDER THE MA. CONSTITUTION ALLOWS FOR SPEEDY REMEDY.

(7) PLEASE REFER TO MY <u>NEW</u> COMPLAINT. TRUE, I HAVE 614 PENDING SHOW

CAUSE APPLICATIONS PENDING IN THE PALMER TRIAL COURT, BUT ALMOST ALL ARE VIDEO/AUDIO TAPED. EG, THE BILLY CORBETT MOTORCYCLE GANG FILLING UP BEER BOTTLES WITH GASOLINE AND SAYING THEY ARE GOING TO FIRE BOMB MY LIFE-LONG RESIDENCY!

(8) I WAS SODOMIZED SEVERAL TIMES IN MY YOUTH, AND THE LUDLOW POLICE DID NOTHING!

(9) THE "ROOT" OF THE PROBLEM I HAVE WITH THE SPRINGFIELD FEDERAL DISTRICT COURT LIES IN THE <u>VAST</u>, <u>VAST</u>, <u>VAST</u>, SECRET F.B.I. FILE ON ME. IN APRIL OF 88 SECRET SERVICE AGENT TOM GALVIN BURST IN. HE ACCUSED ME OF BEING PART OF A BROCKTON FACISTE HATE GROUP SENDING DEATH THREATS TO THE REVEREND JESSE JACKSON. <u>NO CHARGES</u>

CRIMINAL OR CIVIL WERE EVER FILED.

(10) AS PER THE FREEDOM OF INFORMATION ACT I DEMAND IMMEDIATE RELEASE. I WILL <u>NOT ACCEPT</u> JUDGE POSNOR'S ANSWER - "DENIED - THIS IS PART OF OUR ON-GOING INVESTIGATION."

(11) I FURTHER DEMAND AN IMMEDIATE VENUE TRANSFER TO EITHER DALLAS OR HOUSTON FEDERAL DISTRICT COURT.

(12) THE PRO-SE PLAINTIFF DOES ADMIT THIS IS A "CRUDE" HANDWRITEN RESPONSE, BUT THEY REMOVED MY WRITING HANDS 2nd FOREFINGER BECAUSE OF ACID BURNS INCURRED BY CLEANING A MARTIAN METEORITE. FURTHERMORE, MY PREVIOUS COMPLAINT ALLEGES I HAVE BEEN KEPT IN DISHWASHING AND

PLAINTIFF;
Thomas P. Budnick
B-4 #34 123286
d of b 02-16-47,
HAMPDEN COUNTY
HOUSE OF CORRECTION,
629 RANDAL ROAD,
LUDLOW, MA.
01056-1085

P.S. - UNITED STATES SUPREME COURT JUDGE BREYER HAS GIVEN ME GREAT RESPECT AND LEEWAY IN MY PRO-SE PLEADINGS!

WELDING INSTEAD OF LEARNING COMPUTER'S. <u>WHEREFORE</u>, WE SHOULD ALL UNITE TO CONTINUE AMERICA'S MANIFEST DESTINY AND DENY MAGISTRATE/JUDGE'S NEIMAN'S RECOMENDATIONS.

DATED;
MARCH 13, 2005

BY THE PRO-SE <u>PLAINTIFF</u>;
Thomas P. Budnick
B-4 #34 123286
d of b 02-16-47,
HAMPDEN COUNTY
HOUSE OF CORRECTION,
629 RANDAL ROAD
LUDLOW, MA.
01056-1085

P.S. - UNITED STATES SUPREME COURT JUDGE BREYER HAS GIVEN ME GREAT RESPECT AND LEEWAY IN MY PRO-SE PLEADINGS!