```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


THOMAS P. BUDNICK,          )
       Plaintiff            )
                            )
              v.            )CIVIL ACTION NO. 05-30058-MAP
                            )
TONY BLAIR, ET AL,          )
       Defendants           )
```

<u>MEMORANDUM AND ORDER REGARDING</u>
<u>REPORT AND RECOMMENDATION</u>
<u>FOR SUMMARY DISMISSAL</u>
(Docket No. 3)

March 23, 2005

PONSOR, D.J.

On March 1, 2005, Magistrate Judge Kenneth P. Neiman approved the plaintiff's application to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915(a). Under the provisions of § 1915(e)(2)(B)(ii), the Magistrate Judge also recommended that this matter be dismissed on the ground that it is frivolous in the sense that it lacks an arguable basis either in law or in fact.

Both this court and Magistrate Judge Neiman wish to treat the plaintiff with the respect accorded to all litigants before this court. On the other hand, plaintiff's claims for space mining rights on the moon and various planets, and indeed the moons of other planets, as well as his claim for damages because of violations of the "Little Green Men Treaty," simply cannot be allowed to divert

precious time from other serious responsibilities that the court has. Based upon the patent lack of substance of the plaintiff's allegations, the Report and Recommendation of Magistrate Judge Neiman dated March 1, 2005 is hereby adopted and the complaint is ordered DISMISSED. The case may now be closed.

In addition, the court will adopt the recommendation of the Magistrate Judge and will issue the Standing Order in the form proposed by him. This order, in essence, admonishes the plaintiffs to comply with certain pre-conditions before filing future lawsuits in this court. Specifically, the plaintiff, if he wishes to make additional filings in this District Court, will be required first to file a written petition seeking leave to do so. No substantive filings will be made unless this petition is allowed.

A copy of this memorandum and the attached order shall be distributed to each district judge in this district.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge