```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| THOMAS P. BUDNICK,    ) | |
|     Plaintiff        ) | |
|                               ) | |
|            v.          ) | CIVIL ACTION NO. 05-30058-MAP |
|                               ) | |
| TONY BLAIR, ET AL,    ) | |
|     Defendants      ) | |

<u>STANDING ORDER</u>

March 23, 2005

**PONSOR, D.J.**

Thomas P. Budnick is hereby enjoined as follows and is further warned that any failure to comply with the terms below will result in other appropriate orders against him, as well as monetary penalties.

    1. If plaintiff wishes to file any additional papers in the District Court of Massachusetts, he shall first file a written petition seeking leave to do so. The petition must contain a copy of this Order, together with the papers sought to be filed, and a certification under oath that there is a good-faith basis for their filing. The Clerk of Court shall accept the documents, mark them received, and forward them, for action on the petition, to the district judge or magistrate judge of this division.

    2. This Order applies to any additional papers, claims, cases, files, complaints or anything resembling such pleadings or documents, which Thomas Budnick seeks to file.

    3. A copy of this Order shall be distributed to each judge in this district.

    It is So Ordered.

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge
```