UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK

vs                                    CIVIL ACTION
                                      NO. 05-30058-MAP
TONY BLAIR, ET ALS

MOTION TO RELEASE ANY AND
ALL F.B.I. FILES

IN APRIL OF 88 U.S. SECRET SERVICE AGENT TOM GALVIN BURST IN ACCUSING BUDNICK OF MAILING FASCIST DEATH THREATS TO THE REVERENT JESSIE JACKSON. NO CHARGES - CIVIL OR CRIMINAL WERE EVER FILED!
SINCE THEN THE F.B.I. HAS MAINTAINED GIGANTIC FILES ON BUDNICK
WHEREFORE, HE MAKES IMMEDIATE MOTION FOR THEIR RELEASE

MARCH 27, 2005        Thomas P. Budnick