UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
PLAINTIFF

VS.                                CIVIL ACTION
                                   NO. 05-30058 MAP

TONY BLAIR, ET ALS
DEFENDANTS

OPPOSITION TO JUDGE PONSOR'S
MEMORANDUM AND SUMMARY
ORDER - DISMISSAL DATED
MARCH 23, 2005

JUDGE PONSOR IS MAKING FUN AND RIDICULING ME IN REGARD TO THE "LITTLE GREEN MEN TREATY."
THE PROPOSED "DECLARATION OF ACTIVITIES CONCERNING CONCRETE EXTRATERRESTIAL INTELLIGENCE CONTACT" IS "BOGGED" DOWN AT THE AMERICAN STATE DEPARTMENT, UNITED NATIONS, AND EVERY OTHER NATION

FROM A TO Z.

TO PROVE MY CREDITABLY TO THIS HONORABLE COURT, PLEASE HAVE MISS FINN OR MS. FRENCH TELEPHONE THE AMERICAN STATE DEPARTMENT AND THE SABINE COUNTY COURTHOUSE (HEMPHILL, TEXAS) AND GET A STATUS UPDATE OF THIS <u>PROPOSED TREATY</u>!

OF COURE MY CLAIMS FOR DEEP STAR CLUSTERS, BLACK HOLES, DISTANT GALAXIES SUPERCEDE THIS <u>PROPOSED TREATY</u>!!

THIS IS ALSO A DESPERATE APPEAL TO YOUR SENSE OF AMERICAN PATRIOTISM. THE FIRST NATION TO CONTROL THE EARTH'S MOON <u>SHALL BE</u> THE DOMINATE MILITARY, SOCIAL, POLITICAL AND ECONOMIC POWER HOUSE OF THE NEXT CENTURY.

THE FUSION POTENTIAL OF "ASTRO" FUEL ON THE MOON IS WORTH MORE THAN ALL THE OIL ON EARTH.

DATED;
MARCH 27, 2005

BY THE PRO-SE PLAINTIFF;
*Thomas P. Budnick*
THOMAS P. BUDNICK
B-4 #34  123286
d of b 02-16-57
HAMPDEN COUNTY
HOUSE OF CORRECTION
629 RANDAL ROAD
LUDLOW, MA.
01056-1085

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK,           )
        Plaintiff            )
                             )
                             )
             v.              )   CIVIL ACTION NO. 05-30058-MAP
                             )
TONY BLAIR, ET AL,           )
        Defendants           )

STANDING ORDER

March 23, 2005

PONSOR, D.J.

   Thomas P. Budnick is hereby enjoined as follows and is further warned that any failure to comply with the terms below will result in other appropriate orders against him, as well as monetary penalties.

   1. If plaintiff wishes to file any additional papers in the District Court of Massachusetts, he shall first file a written petition seeking leave to do so. The petition must contain a copy of this Order, together with the papers sought to be filed, and a certification under oath that there is a good-faith basis for their filing. The Clerk of Court shall accept the documents, mark them received, and forward them, for action on the petition, to the district judge or magistrate judge of this division.

   2. This Order applies to any additional papers, claims, cases, files, complaints or anything resembling such pleadings or documents, which Thomas Budnick seeks to file.

   3. A copy of this Order shall be distributed to each judge in this district.

   It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge

2

Case 3:05-cv-30058-MAP    Document 9    Filed 03/30/2005    Page 5 of 5