UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
    PLAINTIFF

VS                                CIVIL ACTION
                                  NO. 05-30058-MAP

TONY BLAIR, ET ALS
    DEFENDANTS

## NOTICE OF APPEAL

I, TOM BUDNICK PRO-SE HEREBY FILE MY NOTICE OF APPEAL TO THE FEDERAL APPEALS COURT IN BOSTON.

DATED:
MARCH 27, 2005

Thomas P. Budnick
B-4 #34 123286
d.o.b. 02-16-47
HAMPDEN COUNTY
HOUSE OF CORRECTION
629 RANDAL RD,
LUDLOW, MA.
01056-1085