# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 05-1469

THOMAS P. BUDNICK,

Plaintiff, Appellant,

v.

TONY BLAIR, BRITISH PRIME MINISTER, ET AL.,

Defendants, Appellees.

Before

Boudin, *Chief Judge*,
Lynch and Lipez, *Circuit Judges*.

JUDGMENT

Entered: May 16, 2005

The judgment of dismissal and order enjoining further filings without advance permission are summarily *affirmed* for the reasons stated in the Magistrate-Judge's March 1, 2005 report and recommendation.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JUN 0 6 2005

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
    Chief Deputy Clerk.

[cc: Mr. Budnick]